UNITED STATES DISTRICT COURT
EASTERN DISTRIT OF WISCONSIN
MILWAUKEE DIVISION

JAMES YANG,

      Plaintiff,

v.

KOHLER COMPANY,

      Defendant.

Case No. 2:26-cv-00292

# COMPLAINT

NOW COMES Plaintiff James Yang, by his attorneys, THE SULTON LAW FIRM LLC, by Attorney William F. Sulton, and files this complaint against Defendant Kohler Company.

## I. Introduction

1. Plaintiff James Yang, an Asian man, was subjected to repeated race based harassment by two supervisors, among others, while working for Defendant Kohler Company. Due to the severity and pervasiveness of the harassment, Yang was forced to leave his job. This lawsuit seeks legal redress.

## II. The Parties

### A. The Plaintiff

2. Plaintiff James Yang ("Yang") is an adult residing in the Eastern District of Wisconsin.

3. Yang is an Asian man.

**B. The Defendant**

4. Defendant Kohler Company ("Kohler Company") is a business and employer operating within the Eastern District of Wisconsin.

5. At all times relevant to Yang's claims, Kohler Company was Yang's employer.

### III. Jurisdiction and Venue

6. Prior to filing this complaint, Yang filed charges of discrimination with the United States Equal Employment Opportunity Commission ("EEOC").

7. Prior to filing this complaint, the EEOC issued a Notice of Right to Sue.

8. This lawsuit is being filed within 90 days of the EEOC's Notice of Right Sue.

9. The Eastern District of Wisconsin has jurisdiction pursuant to 28 U.S.C. § 1331, as this complaint alleges violations of Title VII of the Civil Rights Act of 1964 ("Title VII").

10. The Eastern District of Wisconsin also has jurisdiction pursuant to 28 U.S.C. §§ 1343(a)(1), (3) and (4), as this complaint seek relief under Title VII.

11. Venue in the Eastern District of Wisconsin is proper under 28 U.S.C. § 1391(b)(1), as Defendant Kohler Company is located within the district.

12. Venue in the Eastern District of Wisconsin is also proper under 28 U.S.C. § 1391(b)(2), as the events giving rise to this complaint occurred within the district.

### IV. The Facts

13. In January 2022, Yang was hired by Kohler Company as a material handler.

14. Yang's job performance was good, and he was meeting all of Kohler Company's legitimate business expectations.

15. While working for Kohler Company, Yang was subjected to severe and pervasive racial slurs by others, including two supervisors, because he is Asian.

16. Tom Anderson ("Anderson"), a general manager, was aware of the racial harassment failed and refused to stop it.

17. In August 2024, Yang filed a complaint with human resources.

18. Human resources' investigation determined that Yang had, in fact, been subjected to racial slurs.

19. While Kohler Company eventually fired some of the wrongdoers, Kohler Company failed to take necessary steps to redress the racial harassment.

20. As a direct result of the severe and pervasive racial harassment, Yang left his job at Kohler Company.

21. As a direct result of Kohler Company's violations of Title VII, Yang suffered lost wages and benefits.

22. As a direct result of Kohler Company's violations of Title VII, Yang experienced emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life.

## V. The Claims

23. Yang incorporates here all other paragraphs in this complaint.

24. 42 U.S.C. § 2000e-2(a)(1) prohibits employers from discriminating against employees on the basis of race and national origin.

25. Kohler Company acted contrary to Section 2000e-2(a)(1) by failing and refusing to take reasonable steps to stop the harassment directed at Yang because he is Asian.

26. As a direct result of Kohler Company's violations of Title VII, Yang suffered lost wages and benefits.

27. As a direct result of Kohler Company's violations of Title VII, Yang experienced emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life.

## VI. Relief Requested

28. Yang respectfully requests that this court enter judgment for him and against Kohler Company and award the following relief:

> a. An order awarding Yang damages for lost wages and benefits in an amount to be determined by a jury.

b. An order awarding Yang damages for emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life in an amount to be determined by a jury.

c. An order awarding Yang punitive damages in an amount to be determined by a jury.

d. An order awarding Yang taxable costs and disbursements.

e. An order awarding Yang a tax gross-up.

f. An order awarding Yang attorney fees and expert fees.

g. An order awarding all necessary and further relief deemed just and equitable.

## VII. Jury Demand

29. Yang hereby demands a trial by a jury on all issues and damages.

Date: February 23, 2026.

Respectfully submitted,

*/s/ William F. Sulton*
WILLIAM F. SULTON

THE SULTON LAW FIRM LLC
2745 N. Dr. Martin Luther King Jr. Drive
Suite 202
Milwaukee, WI 53212
414-307-4693 (direct)
414-973-8844 (fax)
william@sultonlaw.com

*Counsel for Plaintiff*